**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JERMAINE EDWARDS                                                                           PLAINTIFF

v.                                            No. 5:13CV00113 JLH-JTR

CAROLYN W. COLVIN, Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                                                DEFENDANT

## ORDER

On June 27, 2014, United States Magistrate Judge J. Thomas Ray entered proposed findings and recommended disposition in which he recommended that the decision of the Commissioner of Social Security terminating the benefits of Jermaine Edwards be affirmed and that Edwards' request for relief be denied.  The proposed findings and recommended disposition are therefore adopted in their entirety as the findings and order of this Court.  The decision of the Commissioner is therefore affirmed, and the request by Jermaine Edwards for benefits is denied.  A judgment will be entered separately.

IT IS SO ORDERED this 15th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE