# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JERMAINE EDWARDS                                                    PLAINTIFF

v.                      No. 5:13CV00113 JLH-JTR

CAROLYN W. COLVIN, Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                         DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered separately today, the decision of the Commissioner of the Social Security Administration terminating the disability benefits of Jermaine Edwards is affirmed. The complaint of Jermaine Edwards is dismissed with prejudice, and his request for relief is denied.

IT IS SO ORDERED this 15th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE